No. — – ——. LAL v. CBS, INC. Motion to direct the Clerk to file a petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. — – ——. MARSHALL v. BURLINGTON NORTHERN INC. Motion to accept the petition for writ of certiorari as timely filed, or to waive the Rules of this Court, denied.

No. A–816 (83–1685). CORBIN v. ALASKA. Ct. App. Alaska. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–900. ROBERTSON v. UNITED STATES. C. A. 5th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. Petition for allowance of additional compensation to the Special Master granted, and payments as requested in prayers 1, 2, and 3 are allowed. Further consideration of the remaining prayers deferred until further order of the Court. JUSTICE MARSHALL took no part in the consideration or decision of this matter. [For earlier order herein, see, *e. g.,* 466 U. S. 956.]